CIRCUIT MEDIATION OFFICE

# UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

**DAVID W. AEMMER**
CHIEF CIRCUIT MEDIATOR

TELEPHONE 303-844-6017
FACSIMILE 303-844-6437

October 21, 2021

Michael E. Mozes, Esq.
Michael E. Mozes Law Offices
P.O. Box 93784
Albuquerque, NM  87199

Jason M. Burnette, Esq.
German, Burnette & Associates
11728 Linn Avenue NE
Albuquerque, NM  87123

Kari E. Cole, Esq.
R.M.D. Legal Bureau
P.O. Box 26110
Santa Fe, NM  87502

RE:  No. 21-2119 – Gwendolen Delopez v. Bernalillo Public Schools, et al.

## MEDIATION CONFERENCE NOTICE

Dear Counsel:

    Pursuant to Rule 33.1, Rules of the Tenth Circuit, a **TELEPHONE** mediation conference has been scheduled in this case for **Monday, November 22, 2021** at **10:00 AM**, **MOUNTAIN TIME**. This office will initiate the telephone conference. Please allow at least two hours for the conference.

    The purposes of the conference are to explore any possibilities for settlement and to resolve procedural problems. Counsel are expected to have consulted with their clients prior to the conference and to have as much authority as feasible regarding settlement and case management matters.

    Counsel addressed above are tentatively identified to be the attorney with primary responsibility for this case. Our goal, however, is to secure the participation of the attorney on whose judgment the clients rely when making decisions about settlement. Counsel are required to complete the attached **Mediation Contact Form within four business days of the date of this notice**.

Please contact this office **BY TELEPHONE IMMEDIATELY** if you need to have the conference rescheduled because of an unavoidable conflict.

Sincerely,

Denise McClure
Conference Administrator